**Dismissed and Opinion Filed August 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01415-CR

### TAMARA LAVON CHRISTIAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the County Court at Law No. 5
### Collin County, Texas
### Trial Court Cause No. 005-80320-2013

## MEMORANDUM OPINION
Before Chief Justice Wright and Justices Myers and Evans

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
131415F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TAMARA LAVON CHRISTIAN, Appellant

No. 05-13-01415-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 5, Collin County, Texas
Trial Court Cause No. 005-80320-2013.
Opinion delivered per curiam before Chief Justice Wright and Justices Myers and Evans.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered August 26, 2014